UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-24499-RAR

YETI COOLERS, LLC,

          Plaintiff,

vs.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

          Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Entry of Default Final Judgment ("Motion"), [ECF No. 37].  Plaintiff YETI Coolers, LLC ("Plaintiff" or "YETI") seeks entry of a default final judgment against Defendants,[1] the Individuals, Business Entities, and Unincorporated Associations identified on Schedule "A" ("Defendants") that operate Internet based e-commerce stores that infringe Plaintiff's trademarks and promote and sell counterfeit goods bearing and/or using Plaintiff's trademarks.  *See generally* Mot.  Plaintiff requests that the Court: (1) enjoin Defendants from producing or selling goods that infringe on its trademarks; (2) cancel, or at Plaintiff's election, transfer the Internet based e-commerce stores operating under Defendants' seller names ("E-commerce Store Names") at issue to Plaintiff; (3) assign all rights,

---

[1] Plaintiff has not included Defendants, amlgtp.com (Defendant Number 15), iikos.com (Defendant Number 16), qustasuan.com (Defendant Number 32) and delilidas.shop (Defendant Number 39), in the Motion's request for relief as these Defendants have been voluntarily dismissed from this action. *See* [ECF No. 22].  Additionally, Defendant thegiftio.com (Defendant Number 66) has not been included in Plaintiff's request for relief as Plaintiff has been granted an extension of time to file a Motion for Default Final Judgment as to Defendant Number 66 until March 6, 2025.  *See* [ECF No. 36].  Accordingly, this Order refers to the remaining Defendants identified on Schedule "A," attached to this Order, and does not apply to Defendants amlgtp.com (Defendant Number 15), iikos.com (Defendant Number 16), qustasuan.com (Defendant Number 32), delilidas.shop (Defendant Number 39), and thegiftio.com (Defendant Number 66).

title, and interest to the E-commerce Store Names to Plaintiff; (4) permanently delist or deindex the E-commerce Store Names from internet search engines; and (5) award statutory damages. *See generally id.*

A Clerk's Default, [ECF No. 32], was entered against Defendants on February 6, 2025, after Defendants failed to respond to the Amended Complaint, [ECF No. 29], despite having been served. *See* Proof of Service, [ECF No. 30]. The Court having considered the record and noting no opposition to the Motion, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion, [ECF No. 37], is **GRANTED** for the reasons stated herein.

## BACKGROUND[2]

### A. Factual Background

Plaintiff is the owner of the following trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office (collectively, the "YETI Marks"):

| Trademark | Registration Number | Registration Date | Class(es) / Good(s) |
|---|---|---|---|
| YETI | 3,203,869 | January 30, 2007 | IC 021 – Portable coolers. |
| TUNDRA | 4,083,930 | January 10, 2012 | IC 021 – Portable coolers. |
| ROADIE | 4,083,932 | January 10, 2012 | IC 021 – Portable coolers. |

---

[2]  The factual background is taken from Plaintiff's Amended Complaint, [ECF No. 29], the Motion for Entry of Default Final Judgment, [ECF No. 37], and supporting evidentiary submissions.

| Trademark | Registration Number | Registration Date | Class(es) / Good(s) |
|---|---|---|---|
| YETI TANK | 4,818,317 | September 22, 2015 | IC 021 – Portable coolers. |
| YETI RAMBLER COLSTER | 4,871,725 | December 15, 2015 | IC 021 – Stainless steel drink holders. |
| COLSTER | 4,883,074 | January 5, 2016 | IC 021 – Stainless steel drink holders. |
| YETI | 4,948,371 | October 30, 2007 | IC 025 – Clothing, namely t-shirts, jerseys, shorts, hats, caps, sweatshirts, socks, jackets. |
| RAMBLER | 4,998,897 | July 12, 2016 | IC 021 – Jugs. |
| HOPPER FLIP | 5,171,380 | March 28, 2017 | IC 021 – Portable coolers. |
| HOPPER | 5,232,872 | June 27, 2017 | IC 021 – Portable coolers. |

| Trademark | Registration Number | Registration Date | Class(es) / Good(s) |
|---|---|---|---|
| RAMBLER | 5,233,441 | June 27, 2017 | IC 021 - Beverageware; cups; drinking glasses; tumblers for use as drinking vessels; jugs; mugs; temperature-retaining drinking vessels; storage containers for household or domestic use, namely, vacuum container for hot or cold food and drink; beer growlers; insulated food and drink containers; stainless steel tumblers for use as drinking vessels; stainless steel drinking glasses; stainless steel beverageware; drinking straws. |
| YETI HOPPER | 5,329,935 | November 7, 2017 | IC 021 – Portable coolers. |
| YETI RAMBLER | 5,409,905 | February 27, 2018 | IC 021 - Beverageware; cups; drinking glasses; tumblers for use as drinking vessels; jugs; mugs; temperature-retaining drinking vessels; storage containers for household or domestic use, namely, vacuum container for hot or cold food and drink; beer growlers; insulated food and drink containers; insulating sleeve holder for beverage cups; thermal insulated drink holder; portable stainless steel drink holders for holding individual cups, cans, and bottles; stainless steel tumblers for use as drinking vessels; stainless steel drinking glasses; stainless steel beverageware. |
| YETI | 5,601,737 | November 6, 2018 | IC 025 - Shirts; t-shirts; hats; sun shirts; caps; sweatshirts; hooded sweatshirts; shorts; vests. |

| Trademark | Registration Number | Registration Date | Class(es) / Good(s) |
|---|---|---|---|
| HONDO | 5,619,235 | November 27, 2018 | IC 020 - Furniture; outdoor furniture; camping furniture; furniture for camping; furniture for outdoors; metal furniture; patio furniture; lawn furniture; seating furniture; furniture parts; chairs; lounge chairs; metal chairs; lawn chairs; portable chairs; folding chairs; fishing chairs not affixed to fishing boats; beach chairs; seats; gear bags, and storage pouches, all specifically adapted for chairs. |
| SIDEKICK | 5,677,586 | February 19, 2019 | IC 018 - All-purpose carrying bags for attaching to portable coolers; fabric pouches sold empty that may be used to hold wallets, keys, bottle openers, fishing tools and accessories, hunting tools and accessories, utensils, and flashlights for attaching to portable coolers; pouches and bags sold empty for attaching to bags, namely, hunting bags, angler's game bags, tote bags, daypacks, all-purpose carrying bags, duffle bags, and travel bags; pouches and bags sold empty for attachment to backpacks; submersible pouches and bags sold empty for attaching to bags, namely, hunting bags, angler's game bags, tote bags, daypacks, all-purpose carrying bags, duffle bags, and travel bags; waterproof pouches and bags sold empty for attaching to bags, namely, hunting bags, angler's game bags, tote bags, daypacks, all- purpose carrying bags, duffle bags, and travel bags. <br><br> IC 021 - Pouches and bags specially adapted for attachment to non-electric portable coolers. |

| Trademark | Registration Number | Registration Date | Class(es) / Good(s) |
|---|---|---|---|
| SIDEKICK DRY | 5,746,245 | May 7, 2019 | IC 018 – All-purpose carrying bags for attaching to portable coolers; fabric pouches sold empty that may be used to hold wallets, keys, bottle openers, fishing tools and accessories, hunting tools and accessories, utensils, and flashlights for attaching to portable coolers; pouches and bags sold empty for attaching to bags, namely, hunting bags, angler's game bags, tote bags, daypacks, all-purpose carrying bags, duffle bags, and travel bags; pouches and bags sold empty for attachment to backpacks; submersible pouches and bags sold empty for attaching to bags, namely, hunting bags, angler's game bags, tote bags, daypacks, all-purpose carrying bags, duffle bags, and travel bags; waterproof pouches and bags sold empty for attaching to bags, namely, hunting bags, angler's game bags, tote bags, daypacks, all- purpose carrying bags, duffle bags, and travel bags.<br><br>IC 021 - Pouches and bags specially adapted for attachment to non-electric portable coolers. |
| LOADOUT | 5,764,172 | May 28, 2019 | IC 021 - Buckets; plastic buckets; industrial buckets; utility buckets; fishing buckets; ranger buckets, namely, buckets for live bait; ice buckets; game buckets for carrying game. |
| YETI | 5,776,845 | June 11, 2019 | IC 021 – Pet feeding and drinking bowls. |

| Trademark | Registration Number | Registration Date | Class(es) / Good(s) |
|---|---|---|---|
| LOWLANDS | 5,846,710 | August 27, 2019 | IC 024 – Blanket throws; travelling blankets; pet blankets; lap blankets; bed blankets; blankets for outdoor use. |
| CAMINO | 5,869,398 | September 24, 2019 | IC 018 - Tote bags; carryalls; carry-all bag; weekend bags; day bags, namely, athletic bags; bags, namely, kit bags. |
| YETI | 5,885,556 | October 15, 2019 | IC 016 – Lunch bags. |
| TUNDRA HAUL | 5,886,316 | October 15, 2019 | IC 021 – Non-electric coolers. |
| DAYTRIP | 5,893,053 | October 22, 2019 | IC 021 – Insulated lunch boxes; lunch boxes; lunch bags not of paper; insulated lunch bags not of paper; non-electric portable coolers. |
| RAMBLER | 6,119,024 | August 4, 2020 | IC 020 - Plastic lids for drinkware; plastic lids for drinkware with handle; plastic lids that double as a cup; insulated plastic lids that double as a cup; insulated plastic lids. |

| Trademark | Registration Number | Registration Date | Class(es) / Good(s) |
|---|---|---|---|
| RAMBLER | 6,119,025 | August 4, 2020 | IC 021 - Drinking cups sold with lids therefor; drinkware lids, namely, cup lids; drinkware lid, namely, cup lid with handle; drinkware straw lids, namely, cup lids with integrated straws; drinkware straw lids, namely, cup lids with holes for straws; wine glasses; cups, bottles, and mugs sold with lids that double as a cup, sold empty; cup lids that double as a cup; insulated lids that double as a cup; insulated cups, bottles, and mugs sold with insulated lids that double as a cup, sold empty; insulated cup lids; insulated lids for plates and dishes; drinking cups for babies and children; drinking straws for babies and children; drinking cups for babies and children and parts and fittings therefor, namely, cups for babies and children sold as a unit with valves and lids. |
| HOPPER BACKFLIP | 6,153,620 | September 15, 2020 | IC 021 – Non-electric portable coolers. |

| Trademark | Registration Number | Registration Date | Class(es) / Good(s) |
|---|---|---|---|
| YETI | 6,181,763 | October 20, 2020 | IC 018 - Bags with bottle holders, in the nature of day packs, backpacks, hiking bags, duffle bags, all-purpose carrying bags, tote bags, carry-all bags, travel bags, sports bags, and rucksacks with bottle holders. IC 021 - Sleeve holder for bottles, namely, bottle carriers for domestic use; neoprene bottle holders, namely, bottle carriers for domestic use; sleeve holder for bottles; slings specially adapted for holding bottles; bag specially adapted for holding bottles; stainless steel non-electric portable coolers. |
| FLIP | 6,200,636 | November 17, 2020 | IC 021 – Portable coolers. |
| YETI | 6,211,351 | December 1, 2020 | IC 020 – Plastic portable packing containers. IC 021 - Buckets; plastic buckets; industrial buckets; utility buckets; fishing buckets; ranger buckets; household containers for food and beverages; containers for household or kitchen use; plastic portable household cargo containers; drinking straws; portable non-electric water coolers; water dispensers; insulated water dispensers; portable beverage dispenser; handles specially adapted for beverageware. |

| Trademark | Registration Number | Registration Date | Class(es) / Good(s) |
|---|---|---|---|
| **YETI** | 6,211,352 | December 1, 2020 | IC 020 – Plastic portable packing containers.<br><br>IC 021 - Buckets; plastic buckets; industrial buckets; utility buckets; fishing buckets; ranger buckets; household containers for food and beverages; containers for household or kitchen use; plastic portable household cargo containers; drinking straws; portable non-electric water coolers; water dispensers; insulated water dispensers; portable beverage dispenser; handles specially adapted for beverageware. |
| RAMBLER | 6,230,234 | December 22, 2020 | IC 021 - Sleeve holder for bottles, namely, bottle carriers for domestic use; neoprene bottle holders, namely, bottle carriers for domestic use; slings specially adapted for holding bottles; bag specially adapted for holding bottles; sleeve holder for bottles. |
| CROSSROADS | 6,230,238 | December 22, 2020 | IC 018 - All purpose carrying bags; tote bags; carry-all bags; weekend bags; hiking bags; rucksacks; travel bags; sports bags; daypacks; structural parts and fittings for the aforesaid goods.<br><br>IC 021 - Bags specially adapted for holding or carrying water bottles. |

| Trademark | Registration Number | Registration Date | Class(es) / Good(s) |
|---|---|---|---|
| TRAILHEAD | 6,235,558 | December 29, 2020 | IC 020 - Dog beds; beds for household pets; portable beds for pets; camping equipment, namely, folding chairs and tables; furniture; outdoor furniture; camping furniture; furniture for camping; furniture for outdoors; metal furniture; patio furniture; lawn furniture; seating furniture; furniture parts; chairs; metal chairs; chairs, namely, lawn chairs, portable chairs, folding chairs, fishing chairs not affixed to fishing boats; beach chairs; seats; furniture parts, namely, chair legs, arm rests, joints, feet, fabric holders, and chair fabric sold as an integral component of finished furniture; seating accessories, namely, carrying bags specially adapted for chairs and chair parts. |
| CROSSROADS | 6,301,157 | March 23, 2021 | IC 018 – Backpacks. |
| PANGA | 6,389,505 | June 15, 2021 | IC 018 – Luggage; duffle bags. |
| YETI | 6,496,375 | September 28, 2021 | IC 021 – Beer glasses; drinking glasses; cups and mugs; bottles, sold empty; bottle openers. |

| Trademark | Registration Number | Registration Date | Class(es) / Good(s) |
|---|---|---|---|
| YETI | 6,931,251 | December 20, 2022 | IC 021 - Beverageware; cups; drinking glasses, namely, tumblers; jugs; temperature retaining vessels; vacuum container for hot or cold food and drink; insulated food and drink containers; cold packs used to keep food and drink cold; refreezable ice substitutes in packaged form, namely, cold packs used to keep food or drink cold; insulating sleeve holder for beverage cups; bottle openers; cooler backpacks, namely, portable coolers which can be worn as a backpack; jockey boxes; ice buckets. |

*See* Declaration of Jeni Zuercher ("Zuercher Decl."), [ECF No. 8-1] ¶¶ 4–5.  The YETI Marks are used in connection with the manufacture and distribution of high-quality goods in the categories identified above.  *See id*.

Plaintiff's representative reviewed and visually inspected the detailed web page captures, reflecting various products bearing Plaintiff's trademarks offered for sale through the E-commerce Store Names and determined the products were non-genuine, unauthorized versions of Plaintiff's goods.  *See id.* at ¶¶ 13–14.  Based on its investigation, Plaintiff alleges Defendants have advertised, promoted, offered for sale, or sold goods bearing and/or using what Plaintiff has determined to be counterfeits, infringements, reproductions, or colorable imitations of the YETI Marks.  *See id.*; *see also* Am. Compl. ¶¶ 7–14, 25.  Defendants are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, reproductions, or colorable imitations of the YETI Marks.  *See* Zuercher Decl. ¶¶ 10, 13–14.

### B.    Procedural Background

On November 14, 2024, Plaintiff filed its Complaint, [ECF No. 1], and on December 23, 2024, filed its Amended Complaint, [ECF No. 29], against Defendants.  On November 18, 2024, Plaintiff filed its *Ex Parte* Motion for Order Authorizing Alternate Service of Process ("Motion for Alternate Service"), [ECF No. 9].   The Court entered an Order Granting the Motion for Alternate Service on November 21, 2024, [ECF No. 11].  In accordance with the November 21, 2024 Order, Plaintiff served each Defendant with a Summons and a copy of the Amended Complaint via electronic mail and website posting on December 23, 2024, and December 26, 2024. *See* Decl. of Stephen M. Gaffigan ("Gaffigan Decl."), [ECF No. 37-3] ¶ 6; *see also* Proof of Service, [ECF No. 30].

Defendants failed to file an answer or other response, and the time allowed for Defendants to respond to the Amended Complaint has since expired.  *See* Gaffigan Decl. ¶¶ 7–8.  To Plaintiff's knowledge, Defendants are not infants or incompetent persons, and the Service Members Civil Relief Act does not apply.  *See id.* at ¶ 9.  On February 6, 2025, the Clerk entered default against Defendants, [ECF No. 32], for failure to plead or otherwise defend pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.  Plaintiff now moves the Court for default final judgment against Defendants.

### LEGAL STANDARD

A party may apply to the court for a default judgment when the defendant fails to timely respond to a pleading.  FED. R. CIV. P. 55(b)(2).  "A defendant, by his default, admits the plaintiff's well-pleaded allegations of fact, is concluded on those facts by the judgment, and is barred from contesting on appeal the facts thus established." *Eagle Hosp. Physicians, LLC v. SRG Consulting, Inc.*, 561 F.3d 1298, 1307 (11th Cir. 2009) (quoting *Nishimatsu Const. Co. v. Houston Nat'l Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975)).  However, conclusions of law are to be determined by the

court.  *See Mierzwicki v. CAB Asset Management LLC*, No. 14-CV-61998, 2014 WL 12488533, at *1 (S.D. Fla. Dec. 30, 2014).  Therefore, a court may only enter a default judgment if there is a "sufficient basis to state a claim."  *Id*. (citing *Nishimatsu*, 515 F.2d at 1206).

Once a plaintiff has established a sufficient basis for liability, the Court must conduct an inquiry to determine the appropriate damages.  *PetMed Express, Inc. v. MedPets.Com, Inc.*, 336 F. Supp. 2d 1213, 1217 (S.D. Fla. 2004) (citations omitted).  Although an evidentiary hearing is generally required, the Court need not conduct such a hearing "when . . . additional evidence would be truly unnecessary to a fully informed determination of damages."  *Safari Programs, Inc. v. CollectA Int'l Ltd.*, 686 F. App'x 737, 746 (11th Cir. 2017) (quoting *SEC v. Smyth,* 420 F.3d 1225, 1232 n.13 (11th Cir. 2005)).  Therefore, where the record adequately supports the award of damages, an evidentiary hearing is not required.  *See Smyth*, 420 F.3d at 1232 n.13; *PetMed Express,* 336 F. Supp. 2d at 1217 (finding an evidentiary hearing unnecessary because plaintiff was seeking statutory damages under the Lanham Act); *Luxottica Group S.p.A. v. Casa Los Martnez Corp.*, No. 14-CV-22859, 2014 WL 4948632, at *2 (S.D. Fla. Oct. 2, 2014) (same).

## ANALYSIS

### A.    Claims

Plaintiff seeks a default judgment for the relief sought in the Amended Complaint, asserting the following claims against Defendants: (1) trademark counterfeiting and infringement under section 32 of the Lanham Act, in violation of 15 U.S.C. § 1114 ("Claim 1"); (2) false designation of origin under section 43(a) of the Lanham Act, in violation of 15 U.S.C. § 1125(a) ("Claim 2"); (3) unfair competition under Florida common law ("Claim 3"); and (4) trademark infringement under Florida common law ("Claim 4").  *See* Am. Compl. ¶¶ 41–66.

### 1.     *Counterfeiting and Infringement*

Section 32 of the Lanham Act, 15 U.S.C. § 1114, provides liability for trademark infringement if, without the consent of the registrant, a defendant uses "in commerce any reproduction, counterfeit, copy, or colorable imitation of a registered mark . . . which . . . is likely to cause confusion, or to cause mistake, or to deceive."  15 U.S.C. § 1114(1)(a).  To prevail on its trademark infringement claim, a plaintiff must demonstrate "(1) that it had prior rights to the mark at issue and (2) that the defendant had adopted a mark or name that was the same, or confusingly similar to its mark, such that consumers were likely to confuse the two."  *Planetary Motion, Inc. v. Techsplosion, Inc.*, 261 F.3d 1188, 1193 (11th Cir. 2001) (footnote and citations omitted).

### 2.     *False Designation of Origin*

The test for liability for false designation of origin under 15 U.S.C. § 1125(a) is the same as for a trademark counterfeiting and infringement claim—*i.e.*, whether the public is likely to be deceived or confused by the similarity of the marks at issue.  *See Two Pesos, Inc. v. Taco Cabana, Inc.,* 505 U.S. 763, 780 (1992) (Stevens, J., concurring in the judgment).

### 3.     *Common Law Unfair Competition*

Whether a defendant's use of a plaintiff's trademarks created a likelihood of confusion between the plaintiff's and the defendant's products is also the determining factor in the analysis of unfair competition under the common law of Florida.  *See Rolex Watch U.S.A., Inc. v. Forrester*, No. 83-CV-8381, 1986 WL 15668, at *3–4 (S.D. Fla. Dec. 9, 1986) ("[I]t is clear that the Court need not find 'actual confusion[.]' . . . The proper test is 'likelihood of confusion[.]'").

### 4.     *Common Law Trademark Infringement*

The analysis of liability for Florida common law trademark infringement is the same as the analysis of liability for trademark infringement under section 32(a) of the Lanham Act.  *See PetMed Express, Inc.*, 336 F. Supp. 2d at 1217–18.

### B.      Liability

The well-pleaded factual allegations of Plaintiff's Amended Complaint properly contain the elements for each of the above claims and are admitted by virtue of Defendants' defaults. *See* Am. Compl. ¶¶ 7–14, 25–36, 42–43, 49–53, 57–58, 62–64. Moreover, the Amended Complaint's factual allegations have been substantiated by sworn declarations and other evidence and establish Defendants' liability for each of the claims asserted. Accordingly, default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure is appropriately entered against Defendants.

### C.      Relief

Plaintiff requests an award of equitable relief and monetary damages against Defendants for trademark infringement in Claim 1. The Court analyzes Plaintiff's request for relief as to Claim 1 only, as the judgment for Claims 2, 3, and 4—false designation of origin, common law unfair competition, and common law trademark infringement—is limited to entry of the requested equitable relief for Claim 1. *See generally* Mot.

#### 1.      *Injunctive Relief*

Pursuant to the Lanham Act, a district court is authorized to issue an injunction "according to the principles of equity and upon such terms as the court may deem reasonable," to prevent violations of trademark law. 15 U.S.C. § 1116(a). Indeed, "[i]njunctive relief is the remedy of choice for trademark and unfair competition cases, since there is no adequate remedy at law for the injury caused by a defendant's continuing infringement." *Burger King Corp. v. Agad*, 911 F. Supp. 1499, 1509–10 (S.D. Fla. 1995) (alteration in original) (internal quotation marks omitted) (quoting *Century 21 Real Estate Corp. v. Sandlin*, 846 F.2d 1175, 1180 (9th Cir. 1988)). Injunctive relief is available even in the default judgment setting, *see, e.g., PetMed Express, Inc.,* 336 F. Supp. 2d at 1222–23, because Defendants' failure to respond or otherwise appear makes it difficult for a plaintiff to prevent further infringement absent an injunction. *See Jackson v. Sturkie*, 255 F. Supp.

2d 1096, 1103 (N.D. Cal. 2003) ("[D]efendant's lack of participation in this litigation has given the court no assurance that defendant's infringing activity will cease.  Therefore, plaintiff is entitled to permanent injunctive relief.").

Permanent injunctive relief is appropriate where a plaintiff demonstrates: (1) it has suffered irreparable injury; (2) there is no adequate remedy at law; (3) the balance of hardship favors an equitable remedy; and (4) an issuance of an injunction is in the public's interest.  *See eBay, Inc. v. MercExchange, LLC.*, 547 U.S. 388, 391 (2006).  Plaintiff has carried its burden on each of the four factors.

Specifically, in trademark cases, "a sufficiently strong showing of likelihood of confusion [caused by trademark infringement] may by itself constitute a showing of . . . a substantial threat of irreparable harm." *E. Remy Martin & Co., S.A. v. Shaw-Ross Int'l Imp., Inc.*, 756 F.2d 1525, 1530 (11th Cir. 1985) (alterations added) (footnote omitted); *see also Levi Strauss & Co. v. Sunrise Int'l Trading Inc.*, 51 F.3d 982, 986 (11th Cir. 1995) ("There is no doubt that the continued sale of thousands of pairs of counterfeit jeans would damage [the plaintiff's] business reputation and decrease its legitimate sales.").  Plaintiff's Amended Complaint and the submissions show that the goods produced and sold by Defendants are nearly identical to Plaintiff's genuine products, and consumers viewing Defendants' counterfeit goods post-sale would actually confuse them for Plaintiff's genuine products.  *See, e.g.*, Am. Compl. ¶ 26 ("Defendants' actions are likely to cause confusion of consumers at the time of initial interest, sale, and in the post-sale setting, who will believe all of Defendants' goods offered for sale in or through Defendants' e-commerce stores, are genuine goods originating from, associated with, and/or approved by YETI.").

Plaintiff has no adequate remedy at law so long as Defendants continue to operate the E-commerce Store Names because Plaintiff cannot control the quality of what appear to be its

products in the marketplace.  An award of monetary damages alone will not cure the injury to Plaintiff's reputation and goodwill if Defendants' infringing and counterfeiting continue. Moreover, Plaintiff faces hardship from loss of sales and its inability to control its reputation in the marketplace.  By contrast, Defendants face no hardship if they are prohibited from the infringement of Plaintiff's trademarks.  Finally, the public interest supports the issuance of a permanent injunction against Defendants to prevent consumers from being misled by Defendants' products and potentially harmed by their inferior quality.  *See Chanel, Inc. v. besumart.com*, 240 F. Supp. 3d 1283, 1291 (S.D. Fla. 2016) ("[A]n injunction to enjoin infringing behavior serves the public interest in protecting consumers from such behavior.") (citation omitted); *World Wrestling Entm't, Inc. v. Thomas*, No. 12-CIV-21018, 2012 WL 12874190, at *8 (S.D. Fla. Apr. 11, 2012) (considering the potential for harm based on exposure to potentially hazardous counterfeit merchandise in analyzing public's interest in an injunction).

Broad equity powers allow the Court to fashion injunctive relief necessary to stop Defendants' infringing activities.  *See, e.g.*, *Swann v. Charlotte-Mecklenburg Bd. of Educ.*, 402 U.S. 1, 15 (1971) ("Once a right and a violation have been shown, the scope of a district court's equitable powers to remedy past wrongs is broad, for breadth and flexibility are inherent in equitable remedies.  The essence of equity jurisdiction has been the power of the Chancellor to do equity and to mould [sic] each decree to the necessities of the particular case." (citation and internal quotation marks omitted)); *United States v. Bausch & Lomb Optical Co.*, 321 U.S. 707, 724 (1944) ("Equity has power to eradicate the evils of a condemned scheme by prohibition of the use of admittedly valid parts of an invalid whole." (citations omitted)).

Defendants have created an Internet-based counterfeiting scheme in which they are profiting from their deliberate misappropriation of Plaintiff's rights.  Accordingly, the Court may

fashion injunctive relief to eliminate the means by which Defendants are conducting their unlawful activities.   Appropriate remedies to achieve this end include canceling or transferring the E-commerce Store Names, assigning all rights, title, and interest to the E-commerce Store Names to Plaintiff, and delisting or de-indexing the E-commerce Store Names from any Internet search engine, such that these means may no longer be used as instrumentalities to further the sale of counterfeit goods.

### 2.      *Statutory Damages*

In a case involving the use of counterfeit marks in connection with the sale, offering for sale, or distribution of goods, 15 U.S.C. § 1117(c) provides that a plaintiff may elect an award of statutory damages at any time before final judgment is rendered in the sum of not less than $1,000.00 nor more than $200,000.00 per counterfeit mark per type of good.   *See* 15 U.S.C. § 1117(c)(1).   In addition, if the Court finds Defendants' counterfeiting actions were willful, it may impose damages above the maximum limit up to $2,000,000.00 per mark per type of good. *See id.* § 1117(c)(2).

The Court has wide discretion to determine the amount of statutory damages.   *See PetMed Express, Inc.*, 336 F. Supp. 2d at 1219 (citing *Cable/Home Commc'n Corp. v. Network Prods., Inc.*, 902 F.2d 829, 852 (11th Cir. 1990)).   An award of statutory damages is appropriate despite a plaintiff's inability to prove actual damages caused by a defendant's infringement.   *See Ford Motor Co., v. Cross*, 441 F. Supp. 2d 837, 852 (E.D. Mich. 2006); *Playboy Enters., Inc. v. Universal Tel-A-Talk, Inc.*, No. 96-CV-6961, 1998 WL 767440, at *8 (E.D. Pa. Nov. 3, 1998) (awarding statutory damages where plaintiff failed to prove actual damages or profits).   The option of a statutory damages remedy in trademark counterfeiting cases is sensible given evidence of a defendant's profits in such cases is frequently almost impossible to ascertain.   *See, e.g.*, S. Rep. No. 104-177, pt. V § 7, at 10 (1995) (discussing purposes of Lanham Act statutory damages); *PetMed Express,*

*Inc.*, 336 F. Supp. 2d at 1220 (statutory damages are "[e]specially appropriate in default judgment cases due to infringer nondisclosure") (citations omitted). This case is no exception.

Here, the allegations of the Amended Complaint and the evidence establish the Defendants intentionally copied one or more of the YETI Marks for the purpose of deriving the benefit of Plaintiff's world-famous reputation. Defendants have defaulted on Plaintiff's allegations of willfulness. *See* Am. Compl. ¶ 32; *see also Arista Records, Inc. v. Beker Enters., Inc.*, 298 F. Supp. 2d 1310, 1313 (S.D. Fla. 2003) (finding a court may infer willfulness from the defendants' default) (citations omitted); *PetMed Express, Inc.*, 336 F. Supp. 2d at 1217 (stating that upon default, well-pleaded allegations are taken as true). As such, the Lanham Act permits the Court to award up to $2,000,000.00 per infringing mark on each type of good as statutory damages to ensure Defendants do not continue their intentional and willful counterfeiting activities.

The only available evidence demonstrates that each Defendant promoted, distributed, advertised, offered for sale, and/or sold at least one (1) type of good bearing at least one (1) mark which is a counterfeit of at least one of the YETI Marks protected by federal trademark registrations. *See* Am. Compl. ¶¶ 15, 25–33, 42–46; Zuercher Decl. ¶¶ 10–14; *see also* Declaration of Jeni Zuercher in Support of Plaintiff's Motion ("Zuercher Decl. in Support of Motion"), [ECF No. 37-1] ¶ 5; Ex. 1 to Zuercher Decl. in Support of Motion, [ECF No. 37-2]. Based on the above considerations, Plaintiff has asked the Court to award statutory damages in the amount of $1,000,000.00 per mark, per type of good. *See* Mot. at 13. As each Defendant used at least one counterfeit mark on one type of good, Plaintiff requests a statutory damage award in the amount of $1,000,000.00 against each Defendant. *See id.* The award should be sufficient to deter Defendants and others from continuing to counterfeit or otherwise infringe Plaintiff's trademarks, compensate Plaintiff, and punish Defendants, all stated goals of 15 U.S.C. § 1117(c). The Court

finds that this award of statutory damages falls within the permissible range under 15 U.S.C. § 1117(c) and is just. *See Chanel, Inc. v. Individuals, Bus. Entities, & Unincorporated Ass'ns*, No. 23-62201 (S.D. Fla. Feb. 5, 2024), ECF No. 34 (awarding the plaintiff $1,000,000.00 against each of the defendants based on at least one mark counterfeited and one type of good); *Richemont Int'l Sa v. Cartierclone.Com*, No. 23-60536 (S.D. Fla. April 26, 2023), ECF No. 29 (awarding plaintiff $1,000,000.00 against each defendant); *Tiffany NJ LLC v. Individuals*, No. 22-62299 (S.D. Fla. Feb. 3, 2023), ECF No. 34 (awarding plaintiff $1,000,000.00 against each defendant); *Specialized Bicycle Components v. Individuals*, No. 21-61893 (S.D. Fla. Nov. 12, 2021), ECF No. 35 (awarding plaintiff $1,000,000.00 against each defendant).

## CONCLUSION

For the foregoing reasons, Plaintiff is entitled to the entry of default final judgment. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion, [ECF No. 37], is **GRANTED.** Default final judgment and a permanent injunction shall be entered by separate order.

**DONE AND ORDERED** in Miami, Florida, this 26th day of February, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

## SCHEDULE "A"
## DEFENDANTS BY E-COMMERCE STORE NAME,
## FINANCIAL ACCOUNT INFORMATION, AND E-MAIL ADDRESSES

| Def. No. | Defendant / E-commerce Store Name | Financial Account Information / Payee | Merchant ID / Transaction Information | PayPal Account | E-mail Address |
|---|---|---|---|---|---|
| 1 | yetifactoryoutlet.com | Shop Store | L6V2WAE2YB3C4 | | |
| 2 | yeticoolerdeals979.shop | FASHION WARRIORS LTD | FASHIONWAR* JTDIRZOY4H Bill No.: 2024100119160186580 Transaction date: 10/1/24 Posted date: 10/2/24 Category: Merchandise & Inventory | | customer@yeticoolerdeals979.shop |
| 2 | coolerkings.shop | FASHION WARRIORS LTD | | | customer@coolerkings.shop |
| 3 | yetiarcticgear.shop | LUBOS ONLINE WARDROBE LIMITED | LUBOS ONLI* IXPSX4DEUY Bill No.: 2024100119505360349 Transaction date: 10/1/24 Post date: 10/2/24 Category: Merchandise & Inventory | | customer@yetiarcticgear.shop |
| 3 | kingscooler.shop | LUBOS ONLINE WARDROBE LIMITED | LUBOS ONLI* QJWLNRFIBZ Bill No.: 2024100119201282261 Transaction date: 10/1/24 Post date: 10/2/24 Category: Merchandise & Inventory | | customer@kingscooler.shop |
| 3 | coolerswarehouse.shop | LUBOS ONLINE WARDROBE LIMITED | | | customer@coolerswarehouse.shop |
| 4 | xlngtyn.com | SALTOALTOS LLC | SALTOALTOS LLC Order No. 56225 Transaction date: 4/1/24 Post date: 4/2/24 Category: Merchandise & Inventory | | Service@xlngtyn.com |
| | | | AC8HB9NHSX786 | | |
| | | | HTUDHN59DJ8DE | mostovskayadaniyat@mail.ua | |

| 5 | yeti-coolers.top | | H5N5QQNFLD3BU | | info@mallhelpcenter.com<br>info@shophelpcenter.com<br>info@storehelpcenter.com |
|---|---|---|---|---|---|
| 6 | yetishopus.com | | HNL2XBG4ZLHDG | | admin@yetishopus.com |
| | | | 2DYUZTN9DQLCW | | |
| | | | MQB258KLM5L3N | | |
| | | | 6LRZPPQ7PU54Q | kmhwjjgder@hotmail.com | |
| | | | CKYCVYBJKNB3L | HoraceQuade4885@hotmail.com | |
| | | | RM3Q6N2YRUCXJ | zpjyctjeakdfnl@hotmail.com | |
| 6 | bestbuysmall.com | | MQB258KLM5L3N | | Service@airservice.vip |
| | | | G4UH6MPHV7YGE | | |
| | | | 4XS6UWZCQ9RNL | | |
| 7 | bigbigmall.shop | | LBH32QZUEAYBA | | service@airservice.vip |
| | | | 3RHMW9X7ZVPTJ | | |
| 8 | buybargains.top | | 8MW5ZKJVAX47Q | bjtxrczur@hotmail.com | service@airservice.vip |
| 9 | mmalk.shop | | LZUZDJ4MPTV8J | | stimpleloriofx@gmail.com<br>SERVICE-AFTERSALES@OUTLOOK.COM<br>service@airservice.vip |
| | | | WWYP783GGZD6G | | |
| | | | 5BUF553R995JG | | |
| | | | QG4GHUZNUJSA4 | | |
| | | | NMWRNS7AVRSJG | | |
| | | | 3RV8DPBZURTBA | | |
| | | | 39PTJE9YPTXSE | | |
| | | | 9UUV3VEGR24UU | | |
| | | | M7WBM6VATSQVC | | |
| 9 | nh003.top | | LZUZDJ4MPTV8J | | stimpleloriofx@gmail.com |
| 9 | wowowo-9.top | | LZUZDJ4MPTV8J | | stimpleloriofx@gmail.com |
| 9 | tbuygoods.com | | 2LGNJU7PQR5A6 | | Support@Tbuygoods.com |
| | | | D49LXACDRB5ZS | | |
| | | | 64EH66N6SEKFU | | |
| | | | 5BUF553R995JG | | |
| | | | 4THB2V3VAKRDL | | |
| | | | CHRJG4UGB57SS | | |
| | | | N9XZ6RM2NT7T8 | | |

| 10 | shoplfy-co.com | | 83W6F43CB7F4Y | | stimpleloriofx@gmail.com |
|----|----|----|----|----|----|
| 11 | uskok.shop | | YQHCWGGLN2TWN | | stimpleloriofx@gmail.com |
| 12 | 6ro9.com | BrendaJuarez | PQM3T3GZKGVU6 | | NK-markets@gmail.com |
| 12 | arpou.com | BrendaJuarez | PQM3T3GZKGVU6 | | NK-markets@gmail.com |
| 12 | auliy.com | BrendaJuarez | PQM3T3GZKGVU6 | | NK-markets@gmail.com |
| 12 | liyuz.com | BrendaJuarez | PQM3T3GZKGVU6 | | NK-markets@gmail.com |
| | | | 72J4PW2JVA9XG | | |
| 13 | 90mon.com | BrittanyGibson | FZ3RHXKYR58X4 | | NK-markets@gmail.com |
| 13 | anlaog.com | BrittanyGibson | FZ3RHXKYR58X4 | | NK-markets@gmail.com |
| 13 | hojoira.com | BrittanyGibson | FZ3RHXKYR58X4 | | NK-markets@gmail.com |
| 13 | lerha.com | BrittanyGibson | FZ3RHXKYR58X4 | | NK-markets@gmail.com |
| 13 | meixd.com | BrittanyGibson | FZ3RHXKYR58X4 | | NK-markets@gmail.com |
| 14 | aleeeok.com | JesseFlores | USUY4US4G8SHC | | NK-markets@gmail.com |
| 14 | gnuni.com | JesseFlores | USUY4US4G8SHC | | NK-markets@gmail.com |
| 14 | heqop.com | JesseFlores | USUY4US4G8SHC | | NK-markets@gmail.com |
| 14 | locin.com | JesseFlores | USUY4US4G8SHC | | NK-markets@gmail.com |
| 14 | yutid.com | JesseFlores | USUY4US4G8SHC | | NK-markets@gmail.com |
| 15 | N/A | | | | |
| 16 | N/A | | | | |
| 17 | a7hh.vip | ANDREACARLTON | PQKVFLDP9CJA8 | | service-aftersales@outlook.com |
| 18 | nh001.top | DANIELTRICE | 52DTSNGAFCSZ6 | | service-aftersales@outlook.com |
| | | JUANTREVINO | PVG2FB8C8VDH2 | | |
| 19 | beautybanquet.com.au | | ADA4NR3L3X7N4 | | |
| 19 | sebelhuntervalley.com.au | | ADA4NR3L3X7N4 | | order@sebelhuntervalley.com.au |
| | | | 4NDX68ZBRMZ7Y | | |
| 20 | canvasthis.com.au | | LXSSQVJJDVTZC | | sale@canvasthis.com.au |
| | | | NVMG3SQVBUDRA | | |
| 21 | cecalorori.com | | L4NQY9D2V4988 | | Econ-Market@gmail.com |
| 22 | hommerock.com | | ZU9XBVRT8HMJE | | Econ-Market@gmail.com |
| 22 | xhahamster.com | | ZU9XBVRT8HMJE | | Econ-Market@gmail.com |
| 23 | iptvboxhq.com | Mary Smith @smith5012 | JKCDXTMN566W6 | | Econ-Market@gmail.com |
| | | | 2UVVQY9Z7G3W8 | | |
| 23 | nathaliaotero.com | Mary Smith @smith5012 | JKCDXTMN566W6 | | Econ-Market@gmail.com |

| | | | | | |
|---|---|---|---|---|---|
| | | | 4RCYABCAT9EHQ | | |
| 23 | tankwing.com | Mary Smith @smith5012 | JKCDXTMN566W6 | | Econ-Market@gmail.com |
| 23 | socialmim.com | Brandon Boschi | 4RCYABCAT9EHQ | | Econ-Market@gmail.com |
| | | | 6HHCHQN3WRD5C | | |
| 23 | apkluggage.com | | 6HHCHQN3WRD5C | | Econ-Market@gmail.com |
| 24 | janirlirem.com | | 35A3AU7L8QTVW | | Econ-Market@gmail.com |
| 24 | maniskowmit.com | | 35A3AU7L8QTVW | | Econ-Market@gmail.com |
| 25 | joscryptos.com | | 3HJSYNK4V586L | | Econ-Market@gmail.com |
| 26 | lirupicsa.com | | UVBGG4NQXCG64 | | Econ-Market@gmail.com |
| 26 | soundlessslam.com | | UVBGG4NQXCG64 | | Econ-Market@gmail.com |
| 27 | lyongaz.com | | 7JBYYE9KURCJ6 | | Econ-Market@gmail.com |
| 27 | miropadere.com | | 7JBYYE9KURCJ6 | | Econ-Market@gmail.com |
| 28 | mimindress.com | | VMR2DGKYHG852 | | Econ-Market@gmail.com |
| 28 | torencleaner.com | | VMR2DGKYHG852 | | Econ-Market@gmail.com |
| | | MohamedRajab | W5Q36KXLH7ZKW | | |
| 29 | panekanine.com | | HYMNTH8VC2G52 | | Econ-Market@gmail.com |
| | | | UY5X2N9M4GR9J | | |
| | | | Z8XGNF6S6SVHY | | |
| | | | 2F9WXN6JLQWXE | | |
| | | | B8BEPD4F62V5Q | | |
| | | | MUUP535EF73RA | | |
| 30 | qalacerade.com | StormySpeers | AYUC3NPTCSV5W | | Econ-Market@gmail.com |
| 30 | wristsnapz.com | | AYUC3NPTCSV5W | | Econ-Market@gmail.com |
| 31 | qiswetonde.com | | 8LB8Y37R4AMSJ | | Econ-Market@gmail.com |
| 32 | N/A | | | | |
| 33 | saiyandoc.com | | GU2JEYEHEPLYW | | Econ-Market@gmail.com |
| 34 | startnowd.com | | V4BSH4K9JH982 | | Econ-Market@gmail.com |
| 35 | ttobao.com | | 8GKGAT2AT3HC6 | | Econ-Market@gmail.com |
| 36 | usexebikel.com | | 6DSMPAY8948BE | | Econ-Market@gmail.com |
| 36 | zimmanz.com | | 6DSMPAY8948BE | | Econ-Market@gmail.com |
| 37 | clayaery.com | | J22EJEKUTTHQW | | Service@kkluxury.store |
| 38 | couturechiccorner.shop | Ashkinst-re | JLSE5FLSXNCDU | | eppleyhornsanvvj5170@gmail.com |

| | | | | |
|---|---|---|---|---|
| | | 76Q2WXMW992W4 | | |
| | | DBGXVEWET88E8 | | |
| 38 | exceptionalbuysnow.shop | Ashkinst-re | JLSE5FLSXNCDU | | ButtelEmling@gmail.com |
| | | Glamerousk | VEBZRWSGKYYBE | | |
| 39 | N/A | | | | |
| 40 | enra.shop | | M958FHCEBNGAU | | info@enra.shop support@shopsupers.com |
| | | DENALI WATER SOLUTIONS LLC | KH29A54LN2FKN | | |
| | | | EYTVMFXLT3DU2 | | |
| | | | MKMAQXHXPW6BE | | |
| | | ARROW PHARMACY HOLDINGS LLC | SA4U9WFDTZPGS | | |
| 40 | ghardailo.shop | | SXHFMC3SMWSVA | | info@ghardailo.shop |
| | | | 4ZD54PA8SSMME | | |
| | | | BZZ2SDKECKMK8 | | |
| | | | N99WHFSQFSNBN | | |
| | | | TF5SMMX9CFZBN | | |
| | | DENALI WATER SOLUTIONS LLC | KH29A54LN2FKN | | |
| | | Ethan-james Hindmarch | BLMR3U5834C2L | | |
| 41 | etronrohh.shop | Luke Carey@LukeCarey288 | H6P952HSGTVM8 | | service18@wholeshopx.com |
| 41 | spainse.shop | Luke Carey@LukeCarey288 | H6P952HSGTVM8 | | sanghyunsun3@gmail.com |
| 42 | spainzz.online | Jonathan Wells@JonathanWells331 | 9MH3JRXF26Y3L | | sanghyunsun3@gmail.com |
| 42 | troniee.co | Jonathan Wells@JonathanWells331 | 9MH3JRXF26Y3L | | sanghyunsun3@gmail.com service18@wholeshopx.com |
| 43 | furnitufb.top | Louise Robertson @LouiseRobertson695 | QYS8Z4PLGQD9Y | | sanghyunsun3@gmail.com |

| 44 | miitunn.shop | Lara Rose @LaraRose864 | JCJACNQYFN2P8 | | sanghyunsun3@gmail.com |
|---|---|---|---|---|---|
| 45 | miteroh.vip | Tyler Boyle @TylerBoyle401 | ZNY46JKJ643ZG | | sanghyunsun3@gmail.com |
| 46 | barrmall.shop | LaradamsTD | T8SDZVP3DERGU | | hdfheryre66@gmail.com |
| | | Rarpdreston | GZXUE47FP245A | | sanghyunsun3@gmail.com |
| 47 | beautifuldiscountsmall.shop | Buckrysine | HZJBXVCFYGWVG | | sanghyunsun3@gmail.com |
| 48 | brownrucemall.shop | Allenryilda | ZN72YXBRTFZM6 | | sanghyunsun3@gmail.com |
| 49 | darrenmall.shop | NGUYENNG UYEN | JSW57G2WXR3L4 | | hdfheryre66@gmail.com. sanghyunsun3@gmail.com |
| 49 | martinmall.shop | NGUYENNG UYEN | JSW57G2WXR3L4 | | sanghyunsun3@gmail.com |
| 50 | popeyemall.shop | | 857RRZCYMJ5CL | | sanghyunsun3@gmail.com |
| 51 | paulmall.shop | | ZS5PUUU5MB9U2 | | sanghyunsun3@gmail.com |
| 52 | goodvipl.shop | | 6UH8ZAU2MY2CS | | info@mallhelpcenter.com info@storehelpcenter.com info@shophelpcenter.com culpcathey2193@gmail.com |
| | | | 2V887QVRC47M8 | | |
| 52 | myopz.shop | | 6UH8ZAU2MY2CS | | info@mallhelpcenter.com info@storehelpcenter.com info@shophelpcenter.com culpcathey2193@gmail.com |
| | | | HQB699WJTAKDW | | |
| 52 | okdvip.shop | | 6UH8ZAU2MY2CS | | info@mallhelpcenter.com info@storehelpcenter.com info@shophelpcenter.com culpcathey2193@gmail.com |
| 53 | mallsaleusa.top | | 82FNU7BF8QB4A | | support@customerafter.com |
| | | | LGAZ89UW6PYMN | | |
| 54 | osdaq.com | | PCT8WE25QHKVQ | | Support@osdaq.com |
| | | | 8ZDJCGJER29CN | | |
| | | | 8DLLBHH77ALKS | | |
| | | | 8LJNPMMRB7VSA | | |
| | | | ENMC2QCWUNXHG | | |
| | | | DCNKTRGQXKUDN | | |
| | | | RREFHJ8NXMD66 | | |
| | | | AXWPUGKDNZ69C | | |
| | | | W6N8SRFBNFXZW | | |
| | | | FSNRNSHUQEXAW | | |
| | | | 3JAMJVEQ7AL9G | | |
| | | | ZFV6ZM9QA4HX4 | | |

| | | | T3YWEASVRRYX4 | | |
|---|---|---|---|---|---|
| | | | 7N76T5HL8H77C | | |
| | | | BRDG6NQCWLGK4 | | |
| | | | 35MRZFSUQLP3U | | |
| | | Catia Augusto | R9YJ9CG3W2B52 | ElizabethHairstonb84@gmail.com | |
| 55 | softcooleruk.com | AGENCIJA AVANTA d.o.o. Ljubljana | 89XFGTUN7C5YU | | admin@husqvaoutlet.com |
| 56 | stocknexapulsepro.com | | FMPNQY4KQZ7AN | | support@dailysale.com |
| 57 | tctocc.shop | Andrew Wilcox @Wilcox622 | 7BXWG64YKKH4S | | stelaalbulescu120@gmail.com hi@yourdomain.com gibsonmelanie13@gmail.com |
| 58 | tctocd.shop | Imran Khan @IKhan426 | M339QMQX3XDNQ | | customercare@laura-james.co.uk |
| 59 | tctocf.shop | Matthew Hicklin @MatthewHicklin225 | D84PGRXXD6GBW | | customercare@laura-james.co.uk |
| 60 | tctoch.shop | Peter Peter @PPeter812 | UKUQ69F5YBU4C | | stelaalbulescu120@gmail.com hi@yourdomain.com gibsonmelanie13@gmail.com |
| 60 | ucuocj.shop | Louis Brazendale @LouisBrazendale | CWKHW9AK9RPPC | | rodneyperkins742@gmail.com |
| | | Natalie Lister @Lister590 | W83ZY7XG89CTE | | |
| | | Susan Mccord @Susan419526 | UCSMPFSVPJVDJ | | |
| | | Kerryann Hayton @KerryannHayton | Q4RGV4JREL8NJ | | |
| | | Terence Casey @TCasey657 | E6V6WLA6DZ6NS | | |
| | | Peter Peter @PPeter812 | UKUQ69F5YBU4C | | |
| 61 | tctocj.shop | Rhoda Newton @RhodaNewton923 | KSVFZAMZMWCG4 | | customercare@laura-james.co.uk gibsonmelanie13@gmail.com |
| 62 | tctock.shop | Mark Gough @MarkMacfarren | VMUNEUPTKRGXG | | customercare@laura-james.co.uk |
| 63 | tctocp.shop | Jessica Palmer @JPalmer112 | YY3YHMNW6MPVW | | stelaalbulescu120@gmail.com hi@yourdomain.com gibsonmelanie13@gmail.com |
| 63 | ucuocv.shop | Jessica Palmer @JPalmer112 | YY3YHMNW6MPVW | | rodneyperkins742@gmail.com |
| | | Anne Whichcord | N66HSVYJMZMDG | | |

| | | | | |
|---|---|---|---|---|
| | | @AnneWhichcord | | |
| | | Karen Roche @KarenRoche75 | EKDPX49ENTFGU | |
| | | Gillian Kilroy @Gillian619 | ECKEM4CUPRMUU | |
| | | Carl Jessup @Jessup396 | XE6YZSNDYVEY8 | |
| | | Gordon Ward @GordonW712 | PHU3VJTV6BE2Y | |
| 63 | tctocs.shop | Gillian Kilroy @Gillian619 | ECKEM4CUPRMUU | stelaalbulescu120@gmail.com hi@yourdomain.com gibsonmelanie13@gmail.com |
| 64 | tctocr.shop | Julie Herbert @JulieHerbert452 | QK7G2DSTR6Z8W | customercare@laura-james.co.uk |
| 65 | tctocv.shop | Christina Grant @ChristinaGrant510 | GEUBGP9SG48GJ | customercare@laura-james.co.uk |
| 66 | N/A | | | |
| 67 | wcwocr.shop | Louise Stennett @LouiseStennett | 3UYWSFFJVRS5Q | stelaalbulescu120@gmail.com gibsonmelanie13@gmail.com |
| 68 | wcwocs.shop | Kenneth Clayton @KennethClayton916 | XEQ5V78RG2ZBG | stelaalbulescu120@gmail.com |
| 69 | wcwocw.shop | Nicholas Dark @NicholasDark392 | 6TUV4DB66PHH8 | stelaalbulescu120@gmail.com |
| 70 | xcxocf.shop | Richard Elliott @RichardElliott648 | 5QJ4TSEY347DU | stelaalbulescu120@gmail.com gibsonmelanie13@gmail.com |
| 71 | xcxocg.shop | Sheryl Marley @LeanneMarley321 | C897FGW93PHKA | stelaalbulescu120@gmail.com |
| 72 | xcxoch.shop | Muhammad Usmani @MuhammadUsmani150 | PK6BDT3SFXG3Q | stelaalbulescu120@gmail.com gibsonmelanie13@gmail.com |
| 73 | xcxock.shop | Marc Webber @MarcWebber703 | XW4AZRY7CE5H2 | stelaalbulescu120@gmail.com |
| 74 | xcxocx.shop | Julie Varo @JulieVaro | JGNJNXSVKUA68 | stelaalbulescu120@gmail.com |
| 75 | xcxocy.shop | Adeline Hagan-Wobil @AdelineHaganWobil | QWZA246RUDQZQ | stelaalbulescu120@gmail.com gibsonmelanie13@gmail.com |